(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

__BRANDON WHEAT__
(Enter the full name of the plaintiff in this action)

v.

__SHERIFF RIC BRADSHAW__

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

FILED BY __MC__ D.C.

DEC 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I.   Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A.   Name of plaintiff: BRANDON WHEAT
     Inmate #: 0542568
     Address: 3228 Gun Club Road
     West Palm Beach, FL 33406

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B.   Defendant: RIC BRADSHAW
     is employed as SHERIFF
     at PALM BEACH COUNTY SHERIFF OFFICE

C.   Additional Defendants: _____

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Unsafe and Dangerous Inmate Housing Condition. There is Mold Growth in my Inmate Cell Housing. I have Asthma and have Lung Conditions and I have been waking up Gasping For Air due to Clogged Air-vents which makes the Room Stuffy with unclean Mold Smell in the Air. I Truly Worry About living in this environment it is very Hazordous For My Health Condition. So At this time I Ask that the Courts Order "Ric Bradshaw" PBSO He is the Sheriff To Transfer Me To Another Local Jail until the Mold Condition is Addressed.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

I ASK to Be TRANSFERED TO MARTIN CouNTY JAIL iN Stuart, Florida

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I Ask that the Court understand that I Have A lung Condition and ON TOP OF THAT I HAVE Asthma. Being Here iN PAlM BEACH CouNTY JAiL WHere the Mold Condition is extremely BAD is MAKiNG MY Health Decline and Feel that it Would Be Negligence if I'M Not TRANSFER TO A SAFER Facility until I disCHARGE.

### IV. Jury Demand

Do you demand a jury trial?  ☐ Yes  ☑ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __20__ day of __December__, 20__23__

_Brandon Wheat_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __12-20-23__

_Brandon Wheat_
(Signature of Plaintiff)



BRANDON WHEAT #0542568
3228 Gun Club Road
West Palm Beach, FL 33406

United States District Court
Southern District of Florida
400 North Miami Avenue, Room 8N09,
Miami, Florida 33128

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

USMS
INSPECTED     RECEIVED

DEC 28 2023
11:29 AM